United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 10, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-60409
Summary Calendar

IRINA IASHVILI; DAVID TKEBUCHAVA; IA TKEBUCHAVA,

Petitioners,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A98 395 654
BIA No. A98 395 655
BIA No. A98 395 656
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Irina Iashvili, David Tkebuchava, and Ia Tkebuchava, are natives and citizens of Georgia. They have petitioned this court for review of the Board of Immigration Appeals (BIA) order affirming the denial of asylum and withholding of removal. The petitioners fail to show that the record compels reversal of the finding of the IJ that they are not entitled to asylum or withholding of removal. See Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994); Mikhael v. INS, 115 F.3d 299, 306 (5th Cir. 1997). Because

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the petitioners did not apply for relief under the Convention Against Torture, this court lacks jurisdiction over that claim. See 8 U.S.C. § 1252(d)(1); Wang v. Ashcroft, 260 F.3d 448, 452-453 (5th Cir. 2001). Accordingly, review of the BIA's denial of asylum and withholding of removal is DENIED.